UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12- 12961 |
| | ) | |
| SHAUN M. PARKER | ) | Chapter 13 |
| | ) | Judge Arthur I. Harris |
| | ) | |
| Debtor | ) | MOTION TO DISMISS |

Debtor, Shaun M. Parker, by and through his attorney, requests that the above-captioned case be dismissed pursuant to Section 1307 of the Bankruptcy Code. This case had not been previously converted under Section 706, 1112, or 1208 of the Bankruptcy Code.

Wherefore, debtor requests that this matter be dismissed immediately.

/s/Philip R. Fine
Philip R. Fine, Attorney (0017952)
3681 Green Road, Ste. 410
Beachwood, OH 44122
216/591-1455
216/360-9712 – fax
fine333@aol.com

CERTIFICATE OF SERVICE

A copy of the foregoing motion was sent electronically and/or by US Mail, postage prepaid on this 15th day of May, 2012 to the following:

    Craig Shopneck (electronically)

    U.S. Trustee (electronically)

    Shaun M. Parker
    6014 Crossview Road
    Seven Hills, OH 44131

/s/Philip R. Fine
Philip R. Fine